

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

*Taimur Alamgir*
**Tel:** (516) 283-8732
**E-mail:** talamgir@kdvlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/20

September 4, 2020

SO ORDERED. 9/4/20

Alison J. Nathan, U.S.D.J.

> The Defendants' request is hereby granted. The parties shall submit their joint letter and case management plan by September 17, 2020. The initial pretrial conference is hereby adjourned to September 25, 2020 at 3 p.m. The parties shall notify the Court if proceeding with the conference is necessary by September 18, 2020.
>
> SO ORDERED.

**VIA ECF**
Hon. Allison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Lakisha Johnson v. Riverside Park Conservancy, Inc., et al
<u>Case No. 20-CV-4453 (AJN)</u>

Dear Judge Nathan:

We represent Defendants Riverside Park Conservancy, Inc. and Lynda Tower ("Defendants") in the above-captioned case.

This letter is respectfully submitted to request extension of the September 4, 2020 deadline to submit a case management plan, until September 17, 2020, as well as adjournment of the September 11, 2020 initial teleconference until September 25, 2020 (or another date convenient for the Court). Plaintiff's counsel has provided consent for these requests. There are no prior requests for extension of the case management plan deadline, or adjournment of the initial conference. No other deadlines would be affected by either continuance.

We require the brief extensions sought herein to further investigate Plaintiff's allegations Significantly, we only appeared in this matter on September 1, 2020, and the parties have submitted a stipulation to extend the deadline to answer, move or otherwise respond to the Complaint through October 12, 2020. If granted, the proposed extensions will allow us to determine, in coordination with Plaintiff's counsel, if an initial conference is required at all, as directed by Your Honor's Order dated August 31, 2020.

Respectfully Submitted,
Kaufman Dolowich & Voluck, LLP

By: _____

Taimur Alamgir

cc:   All Counsel (via e-mail)